UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB VOELKNER,<br><br>Defendant. | Case No. 20-CR-218-JPS<br><br>**ORDER** |

On November 17, 2020, the grand jury returned a six-count indictment, in which it charged Defendant with violations of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), (b)(1)(B), and (b)(1)(C). (Docket #1). On January 20, 2021, the parties entered into a plea agreement as to Count Five of the Indictment. (Docket #15 at 3). Therein, the Government agreed to move to dismiss the remaining counts of the Indictment at sentencing. (*Id.* at 4).

On February 3, 2021, the parties appeared before Magistrate Judge William E. Duffin for a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #18). Defendant pleaded guilty to Count Five of the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #19 at 1).

Thereafter, Magistrate Judge Duffin filed a Report and Recommendation, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3)

Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.* at 2). Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), Magistrate Judge Duffin advised the parties that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*). To date, neither party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection(s) thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #19) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 18th day of February, 2021.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge